# United States District Court
### EASTERN DISTRICT OF TEXAS DIVISION
### SHERMAN DIVISION

| SHELLEY SONIAT, | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:16CV337 |
| | § | JUDGE MAZZANT/JUDGE JOHNSON |
| v. | § | |
| | § | |
| DEPARTMENT OF HOUSING AND | § | |
| URBAN DEVELOPMENT, ET AL., | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On December 16, 2016, the report of the Magistrate Judge (Dkt. #66) was entered containing proposed findings of fact and recommendations that Defendants Department of Housing and Urban Development, Patrick Banis, Garry Sweeney, and Gordon F. Patterson's Motion to Dismiss (Dkt. #38) should be **GRANTED** and this case should be **DISMISSED** as to these Defendants.

*Pro se* Plaintiff Shelly Soniat timely filed Objections on December 28, 2016 (Dkt. #72). She further filed supplemental arguments in support of her objections (Dkt. #79). Plaintiff asserts arguments similar to those made in her Amended Complaint (Dkt. #21) and "Response to Docket 38 Defendants U.S. Department of Housing and Urban Development, Patrick Banis, Garry Sweeney, and Gordon F. Patterson's (HUD's) Motion to Dismiss Plaintiff's First Amended Complaint" (Dkt. #40). Further, Plaintiff fails to identify any statute to demonstrate the Court's subject-matter jurisdiction and to demonstrate a claim upon which relief can be granted.

Plaintiff's reliance on the many cases cited in her objections and supplemental arguments are misguided.

Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge (Dkt. #66) as the findings and conclusions of this Court. It is, therefore, **ORDERED** that Defendants' motion to dismiss (Dkt. #38) is **GRANTED** and this case should be **DISMISSED** as to Defendants Department of Housing and Urban Development, Patrick Banis, Garry Sweeney, and Gordon F. Patterson.

**IT IS SO ORDERED.**

**SIGNED this 6th day of January, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE