# United States District Court
EASTERN DISTRICT OF TEXAS DIVISION
SHERMAN DIVISION

| | |
|---|---|
| SHELLEY SONIAT, § § § § § § § § § § | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 4:16CV337 |
| | JUDGE MAZZANT/JUDGE JOHNSON |
| DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, ET AL., | |
| Defendants. | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on consideration the Report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On February 10, 2017, the Report of the Magistrate Judge (Dkt. #106) was entered containing proposed findings of fact and recommendations that *pro se* Plaintiff Shelley Soniat's Motion to Proceed *In Forma Pauperis* for Appeal (Dkt. #97) should be denied.

Plaintiff timely filed Objections on February 21, 2017 (Dkt. #108). In her objections, Plaintiff relays similar issues of gender bias that were previously raised in her former appeal. She argues the current appeal regards gender bias in the courtroom, and that her allegations are not an improper collateral attack on the previous judgment. *See* Dkt. #108 at 7. However, she continues to discuss the alleged gender bias she experienced that was already addressed in a previous appeal. *See id.* at 8. Plaintiff has not identified any non-frivolous issues for appeal in her objections; thus, her motion to appeal *in forma pauperis* should be denied.

Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge (Dkt. #106) as the findings and conclusions of this Court. It is, therefore, **ORDERED** that Plaintiff's Motion to Proceed In Forma Pauperis for Appeal (Dkt. #97) is **DENIED**.

**IT IS SO ORDERED.**

SIGNED this 28th day of February, 2017.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE