# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| SHELLEY SONIAT, | § | |
| | § | |
| | § | Civil Action No. 4:16-CV-00337 |
| v. | § | (Judge Mazzant/Judge Johnson) |
| | § | |
| DEPARTMENT OF HOUSING AND | § | |
| URBAN DEVELOPMENT, ET AL., | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 1, 2017, the report of the Magistrate Judge (Dkt. #112) was entered containing proposed findings of fact and recommendations that *pro se* Plaintiff Shelley Soniat's Motion for Leave to Proceed *In Forma Pauperis* for Appeal Transcript (Dkt. #103) and Motion to Proceed *In Forma Pauperis* for Appeal Transcript (Dkt. #104) be denied as moot.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that the motions (Dkts. #103, 104) are **DENIED AS MOOT**.

**IT IS SO ORDERED.**
**SIGNED** this 26th day of April, 2017.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE